| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>U.S. MAGISTRATE JUDGE | DATE: 4/16/2013<br>TIME: 3:00 PM |

CASE:  **CV 12-2973  (LDW) (GRB)** Callahan v. County of Suffolk

TYPE OF CONFERENCE: Telephone Status Conference

APPEARANCES:    Amy Marion

　　　　　　　　　Brian Mitchell

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  Settlement conference scheduled for ＿ in courtroom 840 of the Long Island Courthouse.

　　☐  Clients or persons with full settlement authority must attend in person.

　　☐  Prior to the conference, each party shall fax a brief, 1-2 page *ex parte* settlement position statement to chambers at (631) 712-5705.  These statements must specify the terms on which the party is willing to settle the case, whether those terms are negotiable, and an explanation of that position.  As these statements will be treated as confidential and will not be docketed, they should include a realistic statement of the party's settlement position.

☐  Proposed settlement pending:  By ＿, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒  Other: [10] Motion for extension of time to complete discovery is GRANTED. Discovery deadline is extended to 7/16/2013.  The time for parties to commence dispositive motion practice is extended to 7/30/2013.  The joint pretrial order shall be filed no later than 8/13/2013.  No further adjournment requests will be granted.

　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　 /s/ Gary R. Brown
　　　　　　　　　　　　　　　　　　　　GARY R. BROWN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge