

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

June 10, 2024

Hon. Gary R. Brown, U.S.D.J.
Eastern District of New York
100 Federal Plaza, Courtroom 940
Central Islip, New York 11722

    Re:    Callahan v. County of Suffolk, et al.
            Docket:  12-CV-2973

Dear Judge Brown,

    This office represents the Callahan family.  We are writing on the defendants' consent to report that the parties have reached an agreement in principle to resolve the case amicably, subject to legislative approval.  If the Court would like to arrange a teleconference to confirm the settlement, then of course we will make ourselves available.

    Thank you for your consideration.

                                                              Respectfully,

                                                              /s/
                                                      Bruce Barket, Esq.
                                                      Alexander Klein, Esq.