# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of June, two thousand twenty-four.

Before:  Barrington D. Parker,
 Eunice C. Lee,
 Sarah A. L. Merriam,
  *Circuit Judges*.

---

Christopher Callahan, Individually and as Administrator d.b.n. of the Estate of Kevin Callahan,

  Plaintiff – Appellant,

v.

The County of Suffolk, Police Officer Thomas Willson, #5675, Sergeant Scott Greene, #960, Detective Rivera, Detective O'Hara, John Doe, Suffolk County Police Officers # 1-10, Richard Roe, Suffolk County Employees # 1-10,

  Defendants – Appellees.

**STATEMENT OF COSTS**

Docket No. 22-969

---

IT IS HEREBY ORDERED that costs are taxed in the amount of $2,213.60 in favor of the Appellant.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/11/2024